BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CONRAD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0595 WHA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| vs. ) | ORDER CONTINUING |
| ) | SENTENCING DATE |
| SADELL CONRAD, ) | |
| ) | Date:    March 28, 2006 |
| Defendant. ) | Time:    2:00 p.m. |
| ) | Court:   The Honorable William H. Alsup |

## STIPULATION

The parties agree to continue the above referenced sentencing from March 28, 2006, until April 11, 2006 at 2:00 p.m. The purpose of the continuance is due to the fact that counsel for Mr. Conrad will not be available for the entire month of March, as she will be out of the country on her honeymoon. Counsel for Mr. Conrad cannot prepare a sentencing memorandum in a timely way under the current schedule, as such a memorandum would be due on March 21, 2006, and she will be out of the county at that time. Counsel needs a sufficient amount of time to prepare for the sentencing in this matter upon her return, and is in the midst of securing mitgating evidence from Mr. Conrad's friends and relatives to prepare for the sentencing. Counsel thus has multiple individuals to interview in preparation for the sentencing, and she cannot obtain all the necessary evidence before she leaves on February 28, 2006.

For these reasons, counsel requests April 11, 2006 as the final sentencing date in this matter.

The government has no objection to the proposed date. United States Probation Officer J.D. Woods has been informed about the request to continue the sentencing in this matter, and has no objection to the defendant's request for a continuance. Defense counsel will ensure that Mr. Woods receives a copy of this Court's order, should the Court grant the request.

IT IS SO STIPULATED

DATED: 2-16-06

_____
ELIZABETH M. FALK
Assistant Federal Public Defender

DATED: 2-16-06

_____
THOMAS MAZZUCO
Assistant United States Attorney

[~~PROPOSED~~] ORDER

Based upon the aforementioned representations of the parties, and for good cause shown, it is hereby ORDERED that the sentencing proceedings for defendant Sadell Conrad are hereby CONTINUED until April 11, 2006, at 2:30 p.m. The sentencing date of March 28, 2006 is hereby vacated.

DATED: February 21, 2006

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

GRANTED
Judge William Alsup

STIP & ORDER CONTINUING SENTENCING
05-595 WHA                                              - 2 -