**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00595 WHA |
| Plaintiff, | No. CR 10-00207 WHA |
| v. | |
| SADELL CONRAD, | **ORDER GRANTING STIPULATED MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT** |
| Defendant. / | |

After review of the parties' stipulated motion to correct a clerical error in the sentencing record and the transcript submitted therewith, and pursuant to Federal Rule of Criminal Procedure 36, defendant's motion is **GRANTED**. Judgment shall be amended to include the following: "This Court strongly recommends that the defendant participate in the Bureau of Prisons Residential Drug Abuse Treatment Program."

**IT IS SO ORDERED.**

Dated: September 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE